THOMAS F. McCRAN, ATTORNEY-GENERAL, RESPONDENT, v. HARRY L. KNIGHT, APPELLANT.

Argued January 19, 1921—Decided February 15, 1921.

On appeal from the Supreme Court.

For the appellant, *V. Claude Palmer.*

For the respondent, *Thomas F. McCran,* attorney-general.

PER CURIAM.

The judgment under review will be affirmed, for the reasons stated in the opinion of this court just filed in the case of the *Attorney-General* v. *Gaul, ante p.* 165.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, PARKER, BERGEN, TAYLOR, GARDNER, ACKERSON, JJ.  7.

*For reversal*—SWAYZE, KALISCH, KATZENBACH, WHITE, HEPPENHEIMER, WILLIAMS, JJ.  6.

---

THOMAS F. McCRAN, ATTORNEY-GENERAL, RESPONDENT, v. GEORGE F. WRIGHT, APPELLANT.

Argued January 19, 1921—Decided February 15, 1921.

On appeal from the Supreme Court.

For the appellant, *William I. Lewis.*

For the respondent, *Thomas F. McCran,* attorney-general.

PER CURIAM.

The judgment under review will be affirmed, for the reasons stated in the opinion of this court just filed in the case of the *Attorney-General* v. *Gaul, ante p.* 165.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, PARKER, BERGEN, TAYLOR, GARDNER, ACKERSON, JJ.   7

*For reversal*—SWAYZE, KALISCH, KATZENBACH, WHITE, HEPPENHEIMER, WILLIAMS, JJ.   6.